UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY MOLINA LIRA, | No. 2:26-cv-01207-CKD |
| Plaintiff, | |
| v. | ORDER |
| CITY OF FONTANA, | |
| Defendant. | |

Plaintiff brings a civil rights and state tort action against defendant City of Fontana and Doe defendants. Venue does not lie in this district.

The general federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

"The parties reside in San Bernardino County and all incidents, events, and occurrences giving rise to this action occurred in San Bernardino County." (ECF No. 1, ¶ 3.) Under 28 U.S.C. § 1406(a), a district court may "transfer a case brought in the wrong division or district" if it is "in

1

the interest of justice" to do so.

In accordance with the above, IT IS ORDERED that:

1. This action is TRANSFERRED to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1406(a).

2. The Clerk of the Court shall close this case.

Dated: April 1, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 lira26cv1207.ven

2