**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE**

| | |
|---|---|
| DANNY MOLINA LIRA, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FONTANA, a California Municipality, and DOES 1-20,<br><br>Defendant. | CASE NO. 5:26-cv-01632 JGB (DTBx)<br><br>*Assigned to: Hon. Jesus G. Bernal*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CITY OF FONTANA'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>***[Filed concurrently with Defendant's Notice of Motion to Dismiss Plaintiff's Second Amended Complaint; and Declaration of Tanner E. Petchul]*** |

**[PROPOSED] ORDER**

Defendant CITY OF FONTANA'S ("Defendant") Motion to Dismiss Plaintiff's Complaint came on for hearing before this Court on January 4, 2027. All parties appeared as allowed by the Court's current procedures. Based on the submitted record, argument of the parties and counsel, and good cause appearing therefore, the Court rules as follows:

Defendant's Motion is ***GRANTED***.

The Court hereby orders as follows:

1. Plaintiff Danny Lira's Fourth and Fifth Claims for Relief are dismissed for failure to state a claim upon which relief can be granted. See, Fed. R. Civ. Proc. 12(b)(6).

**IT IS SO ORDERED.**

DATED:

______________________________

**HONORABLE JESUS G. BERNAL**
Judge of the United States District Court